

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2015

No. 04-14-00772-CR

Jonathan Jose **GUILLEN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2647
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

The State's brief was originally due September 16, 2015; however, the court granted an extension of time to file the brief until October 16.  The State has filed a motion requesting an additional thirty-one days to file the brief.

We **grant** the motion and order the State's brief due **November 16, 2015**. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.  The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court